IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RALPH W. BOYD     PLAINTIFF

v.     CIVIL ACTION NO.: 1:16-cv-00207-GHD-DAS

DEPARTMENT OF MEDICAID,
JACKSON, MS; ASSOCIATE OF
MAGNOLIA INSURANCE MISSISSIPPI,
CAN; and DEPARTMENT OF FEDERAL
GOVERNMENT     DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the docket of this action, the Court finds that the Report and Recommendation [7] of the United States Magistrate Judge dated March 16, 2017, was on March 17, 2017 duly mailed to *pro se* Plaintiff via the United States Postal Service; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the United States Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. The Court therefore ORDERS as follows:

1. The Report and Recommendation [7] of the United States Magistrate Judge dated March 16, 2017, is hereby approved and adopted as the opinion of the Court;

2. This case is hereby DISMISSED; and

3. As a non-monetary sanction for repeated frivolous filings, Plaintiff Ralph W. Boyd MUST submit any further proposed complaints and a copy of this Order to the Chief Judge of the Court, to be filed only upon the Chief Judge's express written consent.

SO ORDERED, this, the 24 day of April, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE